UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYSHIELLE R. JACQUEZ,

Plaintiff,

v.

B. MAYBERRY, et al.,

Defendants.

No.  2:25-cv-3362 CSK P

ORDER

Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis is granted.

Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  By this order, plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's trust account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the

1

amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

Plaintiff's complaint is prepared on a complaint form and eleven typewritten pages.  (ECF No. 1.)  When plaintiff's complaint was electronically filed, it appears that eight of the typewritten pages were not completely scanned because the following paragraphs at the bottom of these typewritten pages are incomplete: p. 1, ¶ 5; p. 2, ¶ 13; p. 4, ¶ 24; p. 5, ¶ 28; p. 6, ¶ 34; p. 7, ¶ 38; p. 8, ¶ 40; p. 9, ¶ 44.  (ECF No. 1 at 14-15, 17-22.)  The Court requires a complete copy of plaintiff's complaint before this action can proceed.  For this reason, plaintiff is ordered to file a complete paper copy of the original complaint electronically filed on November 20, 2025.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is granted.

2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3.  Within thirty days of the date of this order, plaintiff shall file a complete paper copy of the original complaint electronically filed on November 20, 2025; failure to comply with this order will result in a recommendation of dismissal of this action.

Dated:  January 22, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Jacq3362.14/2

2