UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYSHIELLE R. JACQUEZ,                          No.  2:25-cv-3362 CSK P

        Plaintiff,

     v.                                                   ORDER

B. MAYBERRY, et al.,

        Defendants.

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 23, 2026, this Court issued an order finding that plaintiff's electronically filed complaint was not complete in that it was missing several pages.  (ECF No. 7.)  This Court ordered plaintiff to file, within thirty days, a complete paper copy of the original complaint electronically filed on November 20, 2025.  (Id.)

On April 9, 2026, plaintiff filed a notice stating that on February 15, 2026, plaintiff mailed a complete paper copy of the original complaint electronically filed on November 20, 2025. (ECF No. 10.)  In this notice, plaintiff also states that on April 6, 2026, plaintiff filed a second complete paper copy of the original complaint.  (Id.)  Plaintiff is informed that the Court did not receive the complete paper copy of the original complaint sent by plaintiff on February 15, 2026 or April 6, 2026.  Accordingly, plaintiff is granted thirty days to again file a complete paper copy of the original complaint.  Plaintiff shall submit the attached Notice of Filing with the complete

1

paper copy of the original complaint filed in response to this order.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to file a complete copy of the original complaint electronically filed on November 20, 2025 and the attached Notice of Filing; failure to comply with this order will result in a recommendation of dismissal of this action.

Dated:  May 29, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Jacq3362.ord/2

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSHIELLE R. JACQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>B. MAYBERRY, et al.,,<br><br>Defendants. | No. 2:25-cv-3362 CSK<br><br><br>NOTICE OF FILING |

Plaintiff submits the following document in compliance with the Court's order filed on _____ (date).

☐    A complete paper copy of the original complaint electronically filed on November 20, 2025.


DATED:

_____
Plaintiff

1