UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSHIELLE R. JACQUEZ, aka, MICHAEL JACQUES,<br>Plaintiff,<br>v.<br>B. MAYBERRY, et al.,<br>Defendants. | No. 2:25-cv-3362 CSK P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed August 14, 2026, plaintiff was granted thirty days to either file an amended complaint or return the Notice of Election form informing the court that plaintiff intended to proceed on the potentially colorable claims raised in the complaint. (ECF No. 13.) Thirty days from that date have now passed, and plaintiff has not filed an amended complaint or the Notice of Election form, or otherwise responded to the court's order.

In recommending this action be dismissed for failure to prosecute, the Court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot

move forward without plaintiff's participation, the Court finds the factors weigh in favor of dismissal.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this action; and

IT IS HEREBY RECOMMENDED that this action be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Jacq3362.fta/2